**Motion Granted; Appeal Dismissed and Memorandum Opinion filed February 8, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-23-00763-CV

---

## AMINATO YAO AND YANNICK YAO, Appellants

## V.

## KINDER MORGAN, INC., Appellee

---

**On Appeal from the County Civil Court at Law No. 4
Harris County, Texas
Trial Court Cause No. 1192834-102**

---

### MEMORANDUM OPINION

This is an appeal from an order signed October 10, 2023. On January 25, 2024, appellants filed a motion to dismiss the appeal. *See* Tex. R. App. P. 42.1. The motion is granted.

We dismiss the appeal.

PER CURIAM

Panel consists of Justices Hassan, Poissant, and Wilson.